# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBERT MCGHEE, and KORONDA SMITH,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, ERIK CLANTON, and JAMES DOUGLAS,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:21-cv-05295-JPB |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that Plaintiffs dismiss this action without prejudice. Each party shall bear their own costs, attorney fees, and expenses.

Stipulated to this 19th day of January, 2023.

**Stipulated to by counsel for Plaintiffs and Defendants:**

*/s/Zack Greenamyre*
Zack Greenamyre
Georgia Bar No. 293002
Samantha Funt
Georgia Bar No. 943783
MITCHELL & SHAPIRO LLP
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305

Phone: 404-812-4747
Fax:404-812-4740
zack@mitchellshapiro.com
sam@mitchellshapiro.com
*Counsel for Plaintiffs*


*/s/ Thomas M. Mitchell*
Thomas M. Mitchell
Georgia Bar No. 513597
CAROTHERS & MITCHELL, LLC
1809 Buford Highway
Buford, Georgia 30518
Tel: (770) 932-3552
thomas.mitchell@carmitch.com
*Counsel for Defendants Erik Clanton and James Douglas*


*/s/ Jacquita Parks*
Jacquita Parks
Georgia Bar No. 205537
CITY OF ATLANTA LAW DEPARTMENT
55 Trinity Avenue SW, Suite 5000
Atlanta, Georgia 30303
Tel: 404-546-4100
Fax: 404-588-3239
japarks@atlantaga.gov
*Counsel for Defendant City of Atlanta*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 19th day of January, 2023.

>*/s/Zack Greenamyre*
>Zack Greenamyre
>Georgia Bar No. 293002